IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

PAMELLA D. MACGREGOR AND DAVID
M. MACGREGOR,

     Appellants,

v.

     Case No.  5D21-3218
     LT Case No. 2014-31102-CICI

DAYTONA INTERNATIONAL SPEEDWAY,
LLC, A FOREIGN LIMITED LIABILITY COMPANY,
AND INTERNATIONAL SPEEDWAY CORPORATION,
A FLORIDA PROFIT CORPORATION,

     Appellees.

_____/

Decision filed January 24, 2023

Appeal from the Circuit Court
for Volusia County,
Leah R. Case, Judge.

Shaun M. Cummings and Wil H.
Florin, of Florin/Roebig, P.A., Palm
Harbor, for Appellants.

Scott A. Cole, of Cole, Scott &
Kissane, P.A., Miami, for Appellees.


PER CURIAM.

     AFFIRMED.


EVANDER, EDWARDS and MAKAR, JJ., concur.